PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: George Lawrence Davis     Case Number: 2:05CR00153-FVS-1

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: August 7, 2006     Type of Supervision: Supervised Release

Original Offense: Transportation of Child Pornography, 18 U.S.C. § 2252A(a)(1)     Date Supervision Commenced: September 16, 2011

Original Sentence: Prison - 90 months;     Date Supervision Expires: September 15, 2016
TSR - 60 months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

**Special Condition #27:** You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court.  You shall allow reciprocal release of information between the supervising officer and treatment provider.  You shall contribute to the cost of treatment according to your ability to pay.

### CAUSE

Mr. Davis admitted to continued use of alcohol on August 11, 2014.  The offender has a long and documented history of alcohol and drug abuse.  Mr. Davis completed the Residential Drug Abuse Treatment Program while incarcerated with the Bureau of Prisons and has not had any relapse issues until recently.  It now appears Mr. Davis needs intervention to help him with his substance abuse.  The undersigned officer has referred Mr. Davis to ADEPT for an updated chemical dependency assessment and he will follow any recommendations made by the vendor.

In addition, Mr. Davis feels that his life stressors have contributed to his relapse.  The offender's brother recently died, and he is having ongoing issues at his apartment complex with the other tenants and the apartment complex manager.  Mr. Davis feels he does better when he has someone to speak with to help him to process and better deal with his life stressors.  Mr. Davis is willing and open to speak with a mental health professional to determine if he

would benefit from ongoing therapy.  It is the undersigned officer's belief that Mr. Davis will greatly benefit from mental health treatment.

Respectfully submitted,

by    s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer
Date:  August 15, 2014

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[✓]    The Modification of Conditions as Noted Above
[ ]    Other

*Fred Van Sickle*

Signature of Judicial Officer

8/18/14

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Witness: _____           Signed: _____
Patrick J. Dennis                                           George Lawrence Davis
U.S. Probation Officer                                   Probationer or Supervised Releasee

8/14/14
Date