PROB 12C
(7/93)

Report Date: December 15, 2014

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: George Lawrence Davis                Case Number: 2:05CR00153-FVS-1

Address of Offender: ███████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: August 7, 2006

| | | |
|---|---|---|
| Original Offense: | Transportation of Child Pornography, 18 U.S.C. § 2252A(a)(1) | |
| Original Sentence: | Prison - 90 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie Lister | Date Supervision Commenced: September 16, 2011 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: September 15, 2016 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |
| 2 | **Special Condition # 24**: You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, (including Breathalyzer), as directed by the supervising probation officer, but no more than six (6) tests per month of each type, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: George Davis was arrested for driving under the influence on December 7, 2014, in Salem, Oregon, in violation of mandatory condition #2 and special condition #24.

According to Salem Police Department report number SMP14051133, George Davis was pulled over after the arresting officer noticed that he was driving erratically. Mr. Davis informed the officer that he had been drinking and admitted to consuming six beers. He submitted to a field sobriety test. The offender showed visual signs of impairment, according to the tests given. Mr. Davis was placed under arrest without incident, and submitted to a breath test. The breath test indicated that Mr. Davis had an average blood alcohol content of .15, nearly twice the legal limit.

Prob12C
**Re: Davis, George Lawrence**
**December 15, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/15/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

*Fred Van Sickle*

Signature of Judicial Officer

12/15/14

Date