# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE LAWRENCE DAVIS,<br><br>Defendant. | No. 2:05-CR-153-RMP<br><br>ORDER GRANTING MOTIONS AND VACATING STATUS HEARING |

Before the Court is Defendant's Unopposed Motion to Vacate. **ECF No. 84**. Defendant seeks to vacate the status hearing scheduled for April 22, 2015, before the undersigned. Neither the United States nor the U.S. Probation Office object to Defendant's Motion. The Court having reviewed the reasons for the request and for good cause shown,

**IT IS ORDERED**, that the Defendant's Motion, **ECF No. 84,** is **GRANTED**. The April 22, 2015, status hearing is **cancelled.** The Motion to expedite, **ECF No. 85** is **GRANTED.**

DATED April 14, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1